IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALLEN ROGERS' MOTION TO COMPEL DISCOVERY FROM GOOGLE, INC. | No. C 12-80141 JSW<br><br>**ORDER OF REFERRAL** |

_____/

Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of resolving the Motion to Compel Discovery, and all further discovery disputes in this matter. This Order does not alter the briefing schedule triggered by the filing of the motion. If the parties have not received an assignment within fourteen (14) days of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173. The movants are HEREBY ORDERED to serve a copy of this Order on all interested parties.

**IT IS SO ORDERED.**

Dated: June 18, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Referral Clerk